FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ACE WORLD CLASS INC., | No. 2:18-CV-00215-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| UNIVERSAL FUNDING CORPORATION, | |
| Defendant. | |

On December 21, 2018, Plaintiff Ace World Class Inc. filed a voluntary dismissal, ECF No. 4. Defendant Universal Funding Corporation has not answered or responded to the complaint. Therefore, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

    **1.** Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 4**, is **ACKNOWLEDGED**.

    **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT**.

    **4.** All hearings and other deadlines are **STRICKEN**.

    **5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2